IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN MATTHES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 06-1156 |
| MCP HOSPITAL OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 9th day of June, 2010, the "Motion of Defendant, Prison Health Services, Inc. to Dismiss or, in the Alternative, Motion for Summary Judgment" (docket no. 52) is granted, and summary judgment is entered in favor of defendant.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.